No. 24-1526

In the
United States Court of Appeals
for the Seventh Circuit

| | |
|---|---|
| United States of America,<br><br>   Plaintiff-Appellee,<br><br>vs.<br><br>Anthony J. Fulton,<br><br>   Defendant-Appellant. | Appeal from the United States District Court for the Western District of Wisconsin<br><br>Case No. 3:18-CR-00022<br><br>Hon. William M. Conley,<br> United States District Judge,<br> Presiding. |

**Motion to Dismiss Appeal**

  Now comes the Defendant-Appellant, Anthony J. Fulton, by his attorney, and, pursuant to Fed. R. App. P. 42(b) and Circuit R. 51(f), moves this Court for the entry of an Order dismissing, with prejudice, the Defendant-Appellant's appeal in the above-entitled case.

  The Defendant-Appellant's written acknowledgment of the motion to dismiss and consent to the dismissal of the appeal is submitted with this motion as required by Circuit R. 51(f).

            Anthony J. Fulton
            Defendant-Appellant

            Thomas W. Patton
            Federal Public Defender

    By:  <u>s/ Michael Will Roy</u>
        Michael Will Roy
        Assistant Federal Public Defender
        300 W. Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Email: Michael_Roy@fd.org

No. 24-1526

In the
United States Court of Appeals
for the Seventh Circuit

| | |
|---|---|
| United States of America, | Appeal from the United States District Court for the Western District of Wisconsin |
| Plaintiff-Appellee, | |
| vs. | Case No. 3:18-CR-00022 |
| Anthony J. Fulton, | Hon. William M. Conley, United States District Judge, Presiding. |
| Defendant-Appellant. | |

**Defendant's acknowledgement of attorney's motion
for dismissal and consent to the dismissal of the appeal**

To: Clerk of the Court
United States Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

I have been informed of my attorney's intention to move to dismiss my appeal. I concur in my attorney's decision and hereby waive all rights to object or raise any points on appeal.

*/s/ Anthony J. Fulton*
Anthony J. Fulton
Reg. No. 11203-090
USP Coleman II
P.O. Box 1034
Coleman, Florida 33521